# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TIMMY JOHN WEBER,

    Petitioner,                                              3:11-cv-0104-PMP-RAM

vs.

**ORDER**

E.K. McDANIEL, *et al.*,

    Respondents.

_____/

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Timmy John Weber, a Nevada prisoner sentenced to death.  The action was initiated by Weber, acting *pro se*, on February 11, 2011 (docket #1, #2, #3).  On February 16, 2011, the court granted Weber's motion for appointment of counsel (docket #4), and appointed the Federal Public Defender (FPD) as his counsel, subject to notice from the FPD of its ability to represent petitioner.

On March 1, 2011, Heather D. Procter, of the Nevada Attorney General's Office, filed a notice of representation of the respondents (docket #5).

On March 3, 2011, Brian Abbington and Sarah Hensley, of the FPD's office, filed a notice of acceptance of representation of Weber (docket #6).

The court will now set a scheduling conference.  The purpose of the conference will be to estalish a schedule for the further litigation of this action.  In advance of the conference, counsel for

petitioner and counsel for respondents will be expected to become familiar with the case, if they have not already done so.  During this time, counsel for petitioner should meet with the petitioner (if they have not already done so), confer with petitioner's previous counsel, and gather the case files and court records relative to this action.  Also, during this time, counsel for petitioner and counsel for respondents should confer with each other regarding the anticipated course of proceedings in the action.

**IT IS THEREFORE ORDERED** that a telephonic status conference is scheduled for **June 27, 2011, at 1:30 p.m.**  At the conference, counsel for petitioner shall be prepared to advise the court whether the complete state-court record has been obtained, and, if not, what portions are missing, why they are missing, what efforts have been made to obtain them, and how long it will take to obtain them.  Counsel for petitioner and counsel for respondents shall be prepared to discuss the schedule for litigation of this action.  During the week before the conference, counsel for petitioner and counsel for respondents shall contact Donna Sherwood, at 702-464-5426, to make arrangements for their appearances at the conference.

Dated this 15th day of  March  2011.

_____
UNITED STATES DISTRICT JUDGE