UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


TIMMY JOHN WEBER,

    Petitioner,                    3:11-cv-0104-PMP-WGC

vs.                      **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,

    Respondents.
_____/


PRESENT:
THE HONORABLE     PHILIP M. PRO    , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:    DENNIS M. FARIAS        REPORTER:    NONE APPEARING

COUNSEL FOR PETITIONER:    NONE APPEARING

COUNSEL FOR RESPONDENTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

     In this capital habeas corpus action, the respondents have filed a notice (docket #16) stating that Renee Baker is now the warden of Ely State Prison, the prison where the petitioner is incarcerated. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Renee Baker is substituted for her predecessor, E.K. McDaniel, as the respondent warden.

     **IT IS THEREFORE ORDERED** that the Clerk of the Court shall substitute Renee Baker for E.K. McDaniel, on the docket, as the respondent warden in this action, and shall update the caption of the action to reflect this change.


                                LANCE S. WILSON, CLERK


                 By:                /s/
                         Deputy Clerk