UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIMMY JOHN WEBER,<br><br>　　　　　Petitioner,<br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:11-cv-00104-RFB-WGC<br><br>ORDER |

　　　This is a capital habeas corpus action. On May 23, 2022, respondents filed a suggestion of death on the record, with an attached news report, indicating that the petitioner died on May 18, 2022. ECF No. 118. This action is now moot and will be dismissed. *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005); *see also Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot on account of the petitioner's death).

　　　IT IS THEREFORE ORDERED that this action is dismissed, as moot, on account of the petitioner's death. The Clerk of the Court is directed to enter judgment accordingly and close this case.

　　　DATED: May 25, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE